

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-3-2002

# Pinker v. Roche Holdings Ltd

Precedential or Non-Precedential: Non-Precedential

Docket No. 00-4318

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

## Recommended Citation

"Pinker v. Roche Holdings Ltd" (2002). *2002 Decisions.* Paper 377.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/377

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos.  00-4318 and 01-1562
_____

HAROLD PINKER, individually and
on behalf of all others similarly situtated

v.

ROCHE HOLDINGS LTD.

Harold Pinker, Appellant
_____

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Civ. No. 99-cv-05627)
District Judge: Honorable John W. Bissell, Chief Judge
_____

Argued: November 7, 2001

Before: BECKER, Chief Judge, McKEE, and RENDELL,
Circuit Judges.

(Opinion Filed May 30, 2002)

_____

ORDER AMENDING OPINION
_____

The slip opinion in the above case filed May 30, 2002 is amended as follows:

1.  On page 9, third line from the bottom, change the word "decisions" to "opinions."

BY THE COURT:


/s/ Edward R. Becker                    
Chief Judge

DATED: July 3, 2002